PRYOR CASHMAN LLP
Richard Levy, Jr.
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
rlevy@pryorcashman.com

*Attorneys for Simon Posen, Ronald B. Kremnitzer and Kremnitzer 2011 Irrevocable Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NATIONAL EVENTS HOLDINGS, LLC, *et al.*<br><br>                                        Debtors. | Chapter 7<br><br>Case No. 17-11556 (JLG)<br>(Jointly Administered) |
| In re<br><br>CONSOLIDATED PROCEEDINGS ON CERTAIN COMMON ISSUES OF LAW AND FACT. | Master Docket<br>Adv. Proc. No. 20-01198 (JLG) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that each of Simon Posen, Ronald B. Kremnitzer and Kremnitzer 2011 Irrevocable Trust (collectively, the "Parties"), appears in the above-captioned case by their counsel, Pryor Cashman LLP; such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the address, telephone and facsimile numbers indicated:

>Richard Levy, Jr.
>Pryor Cashman LLP
>7 Times Square
>New York, New York 10036-6569
>Telephone: (212) 421-4100
>Facsimile: (212) 326-0806
>rlevy@pryorcashman.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that the Parties do not intend that this Notice of Appearance and Demand for Notices and Papers, or any later appearance or pleading, constitutes, or be deemed or construed to be: (a) a consent to accept service of process, or consent to the jurisdiction of the above-named Bankruptcy Court to enter final judgments regarding each of the Parties; or (b) a waiver of either of the Parties' right (1) to trial by jury in any matter so triable, in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoffs, or recoupments to which each of the Parties are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments each of the Parties expressly reserve.

| | |
|---|---|
| Dated: New York, New York<br>July 24, 2020 | PRYOR CASHMAN LLP<br><br>  /s/ Richard Levy, Jr.  <br>   Richard Levy, Jr.<br>7 Times Square<br>New York, New York 10036-6569<br>Telephone: (212) 421-4100<br>Facsimile: (212) 326-0806<br>rlevy@pryorcashman.com<br><br>*Attorneys for Simon Posen, Ronald B. Kremnitzer and Kremnitzer 2011 Irrevocable Trust* |