**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

NATIONAL EVENTS HOLDINGS, LLC, et al.,

Debtors.

Chapter 7
Case No.: 17-11556 (JLG)
(Jointly Administrated)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:
CONSOLIDATED PROCEEDINGS ON CERTAIN COMMON ISSUES OF LAW AND FACT.

Master Docket
Adv. Pro. No.: 20-01198 (JLG)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KENNETH P. SILVERMAN, ESQ., THE CHAPTER 7 TRUSTEE OF THE JOINTLY ADMINISTERED ESTATES OF NATIONAL EVENTS HOLDINGS, LLC, et al.,

Plaintiff,

-against-

DEFENDANTS IN THE ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** the undersigned hereby appears as counsel for Matthew Root in the above-captioned case. Pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Parties request that all notices given or that are required to be given and all pleadings and orders that are served or required to be served in the above-captioned chapter 7 cases, or in proceedings related thereto, be served at the following addresses:

Kagen, Caspersen & Bogart PLLC
Russell Bogart
757 3rd Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 880-2045
Facsimile (646) 304-7879

rbogart@kcbfirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices, pleadings, orders, and other papers referred to in the Bankruptcy Code sections and the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints, answering or reply papers, plans, disclosure statements, reports, and demands, including all amendments to the foregoing, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects these chapter 7 cases or any proceedings related thereto, the above-captioned Debtors, property in their possession, custody, or control, the administration of the Debtors' bankruptcy cases, or the rights of creditors or other parties in interest, or which affects the Parties.

PLEASE TAKE FURTHER NOTICE that the Parties do not intend, nor shall it be deemed, through this Notice of Appearance and Request for Service of Papers, or any subsequent appearance, pleading, claim, suit, or conduct, to waive any substantive or procedural rights, including, without limitation, (i)its rights to have a United States District Judge determine de novo all non-core proceedings (and all core proceedings as to which the Bankruptcy Court lacks authority to enter judgments or final orders), (ii)its rights to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to these cases, (iii)its rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv)any right to object to the jurisdiction of the Bankruptcy Court, or to venue in the Southern District of New York, for any purpose other than with respect to this Notice of Appearance and Request for Service of Papers, or (v)any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies the Parties expressly reserve.

Dated: New York, New York
July 31, 2020

KAGEN, CASPERSEN & BOGART PLLC

/s/ Russell Bogart

Russell Bogart, Esq
757 Third Avenue, 20th Fl.

New York, NY 10017
Telephone: (212) 880-2045
Fax: (646) 304-7879
rbogart@kcbfirm.com
*Attorneys for Matthew Root*