PRYOR CASHMAN LLP
Richard Levy, Jr.
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
rlevy@pryorcashman.com

*Attorneys for Simon Posen, Ronald B. Kremnitzer and Kremnitzer 2011 Irrevocable Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> NATIONAL EVENTS HOLDINGS, LLC, *et al.* <br><br> Debtors. | Chapter 7 <br><br> Case No. 17-11556 (JLG) <br> (Jointly Administered) |
| In re <br><br> CONSOLIDATED PROCEEDINGS ON CERTAIN COMMON ISSUES OF LAW AND FACT. | Master Docket <br> Adv. Proc. No. 20-01198 (JLG) |

**STATEMENT OF SIMON POSEN, RONALD B. KREMNITZER AND KREMNITZER 2011 IRREVOCABLE TRUST PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 7012 AND THE ORDER ESTABLISHING CONSOLIDATED MASTER PROCEEDING AND CASE MANAGEMENT PROCEDURES ON CERTAIN ISSUES OF LAW AND FACT COMMON TO PENDING <u>AVOIDANCE PROCEEDINGS</u>**

Pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure and the *Order Establishing Consolidated Master Proceeding and Case Management Procedures on Certain Issues of Law and Fact Common to Pending Avoidance Proceedings* [Dkt. No. 1], each of defendants Simon Posen,[1] Ronald B. Kremnitzer and Kremnitzer 2011 Irrevocable Trust[2] (collectively, the "Parties") by their counsel, Pryor Cashman LLP, state that the Parties do not

---

[1] Silverman v. Posen, Adversary Proceeding No. 19-01230 (JLG).
[2] Silverman v. Kremnitzer and Kremnitzer 2011 Irrevocable Trust, Adversary Proceeding No. 19-01279 (JLG).

consent to entry of final orders or judgments by the Bankruptcy Court in either this master adversary proceeding or in their respective separate adversary proceedings.

Dated: New York, New York
July 31, 2020

PRYOR CASHMAN LLP

  */s/ Richard Levy, Jr.*
   Richard Levy, Jr.
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
rlevy@pryorcashman.com

*Attorneys for Simon Posen, Ronald B. Kremnitzer and Kremnitzer 2011 Irrevocable Trust*