**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NATIONAL EVENTS HOLDINGS, LLC, et al. | ) | Case No. 17-11566 (JLG) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| In re: | ) | |
| | ) | Adv. Proc. No. 20-01198 (JLG) |
| CONSOLIDATED PROCEEDINGS ON CERTAIN | ) | |
| COMMON ISSUES OF LAW AND FACT | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Justin Ehrlich ("Ehrlich"), defendant in adversary proceeding number 19-01149 (JLG), hereby files this notice of appearance and appears by his counsel, Morrison Cohen LLP ("MC"). MC hereby requests that copies of all notices and pleadings given or required to be given in this adversary proceeding and copies of all papers served or required to be served in this adversary proceeding be given and served upon Ehrlich through service upon MC, at the addresses, telephone, and facsimile numbers set forth below.

Dated:    August 3, 2020                    MORRISON COHEN LLP

                                         _____/s/ David J. Kozlowski_____
                                         David J. Kozlowski, Esq.
                                         Christopher Milito, Esq.
                                         Tsedey A. Bogale, Esq.
                                         909 Third Avenue
                                         New York, NY 10022
                                         Telephone: (212) 735-8600
                                         Facsimile: (212) 735-8708
                                         Email: dkozlowski@morrisoncohen.com

                                         *Counsel for Justin Ehrlich*

#9627801 v1 \027904 \0001