**SILVERMANACAMPORA LLP**
Counsel to Kenneth P. Silverman, Esq.,
Chapter 7 Trustee of National Events Holdings LLC, *et al.*
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
David J. Mahoney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

NATIONAL EVENTS HOLDINGS, LLC, *et al.*,

                    Debtors.
------------------------------------------------------------------------X
KENNETH P. SILVERMAN, ESQ., THE CHAPTER 7
TRUSTEE OF THE JOINTLY ADMINISTERED
ESTATES OF NATIONAL EVENTS HOLDINGS, LLC, *et al.*,

                    Plaintiff,
          -against-

DAVID BIEBER,

                    Defendant.
------------------------------------------------------------------------X

Chapter 7
Case No.:  17-11556 (JLG)
(Jointly Administered)

Adv. Pro. No.: 19-01277 (JLG)

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO
## <u>RULE 7041 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>

    **WHEREAS,** on June 4, 2019, plaintiff Kenneth P. Silverman, Esq., the Chapter 7 Trustee ("**Trustee**") of the jointly administered estates of National Events Holdings, LLC, National Event Company II, LLC, National Event Company III, LLC, National Events Intermediate, LLC, World Events Group, LLC, National Events of America, Inc., and New World Events Group, Inc. ("**Debtors**"), by his attorneys, SilvermanAcampora LLP, commenced the above-captioned adversary proceeding ("**Adversary Proceeding**") by filing a complaint ("**Complaint**") [Dkt No. 1] against defendant David Bieber ("**Defendant**"); and

    **WHEREAS**, on June 11, 2020, Defendant filed a Motion to Dismiss Adversary Proceeding [Dkt No. 10] for failure to timely serve Defendant, and

    **WHEREAS,** on July 1, 2020, Plaintiff filed Opposition to Defendant's Motion [Dkt. No. 11 and 12] together with a Motion to Extend Time for Service of Process filed on July 1, 2020 [Dkt. 13]; and

**WHEREAS,** on July 6, 2020, Defendant filed a Reply to the Motion to Dismiss Adversary Proceeding [Dkt. No. 16], and an Opposition to Plaintiff's Motion to Extend Time for Service of Process filed on July 14, 2020 [Dkt. 19]; and

**WHEREAS**, upon receipt of documentation from Defendant demonstrating the provision of fair consideration or reasonably equivalent value to the Debtors in exchange for the transfers received, the Trustee, in his business judgment, no longer believes the best interests of creditors are served by prosecuting claims against Defendant in the pending Adversary Proceeding.

**NOW, THEREFORE,** pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Trustee and Defendant hereby stipulate and agree that:

1. The above-captioned Adversary Proceeding is dismissed with prejudice, without costs or fees to either party.

2. This stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for purposes of this stipulation.

Dated: Jericho, New York
        October 2,        , 2020

**SILVERMANACAMPORA LLP**
Attorneys for plaintiff Kenneth P. Silverman, Esq.,
The Chapter 7 Trustee

By:    s/ David J. Mahoney
       _____
       David J. Mahoney
       A Member of the Firm
       100 Jericho Quadrangle, Suite 300
       Jericho, New York 11753
       (516) 479-6300

Dated: White Plains, New York
        September 30, 2020

**Kurzman Eisenberg Corbin & Lever, LLP**
Attorneys for Defendant David Bieber



By:    s/ Bruce W. Bieber
       _____
       Bruce W. Bieber, Esq.
       One North Broadway, 12th Floor
       White Plains, New York 10601
       bbieber@kelaw.com
       (212) 922-0816