**WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP**
Counsel to Kenneth P. Silverman, Esq.,
Chapter 7 Trustee of National Events Holdings LLC, *et al.*
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
*William C. Heuer, Esq.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

NATIONAL EVENTS HOLDINGS, LLC, *et al.*,

                              Debtors.
-----------------------------------------------------------------X
KENNETH P. SILVERMAN, ESQ., THE
CHAPTER 7 TRUSTEE OF THE JOINTLY
ADMINISTERED ESTATES OF NATIONAL
EVENTS HOLDINGS, LLC, *et al.*,

                              Plaintiff,
      -against-

SIMON POSEN,

                              Defendant.
-----------------------------------------------------------------X

Chapter 7
Case No.: 17-11556 (JLG)
(Jointly Administered)

Adv. Pro. No.: 19-01230 (JLG)

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO
RULE 7041 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**WHEREAS,** on June 3, 2019, plaintiff Kenneth P. Silverman, Esq., the Chapter 7 Trustee ("Trustee") of the jointly administered estates of National Events Holdings, LLC, National Event Company II, LLC, National Event Company III, LLC, National Events Intermediate, LLC, World Events Group, LLC, National Events of America, Inc., and New World Events Group, Inc. ("Debtors"), by his attorneys, Westerman Ball Ederer Miller Zucker & Sharfstein LLP, commenced the above-captioned adversary proceeding ("Adversary Proceeding") by filing a complaint ("Complaint") [Dkt No. 1] against defendant Simon Posen ("Defendant"); and

**WHEREAS**, the parties filed multiple stipulations extending the time for Defendant to respond to the Complaint.; and

**WHEREAS**, upon receipt of documentation from Defendant demonstrating the provision of fair consideration or reasonably equivalent value to the Debtors in exchange for the transfers received, the Trustee, in his business judgment, no longer believes the best interests of creditors are served by prosecuting claims against Defendant in the pending Adversary Proceeding.

**NOW, THEREFORE,** pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Trustee and Defendant hereby stipulate and agree that the above-captioned Adversary Proceeding is dismissed with prejudice without costs or fees to either party, as against Defendant.

This stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for purposes of this stipulation.

| | |
|---|---|
| Dated: Jericho, New York<br>November 6, 2020 | **WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**<br>Attorneys for plaintiff Kenneth P. Silverman, Esq., The Chapter 7 Trustee |
| | By:   _/s/ William C. Heuer_____<br>William C. Heuer<br>1201 RXR Plaza<br>Uniondale, New York 11556<br>(516) 622-9200 |
| Dated: New York, New York<br>November 6, 2020 | **PRYOR CASHMAN LLP**<br>Attorneys for defendant Simon Posen |
| | By:   _/s/ Richard Levy, Jr._____<br>Conrad K. Chiu<br>Richard Levy, Jr.<br>Andrew S. Richmond<br>7 Times Square<br>New York, New York 10036-6569<br>(212) 421-4100 |