

David J. Mahoney
516.479.6337
DMahoney@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

February 2, 2021

**Via ECF**
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

    Re:    National Events Holdings, LLC
              Chapter 7
              Case No.:  17-11556 (JLG) (Jointly Administered)
              Our File No.:  067493.1

Honorable Sir:

    We are the attorneys for Kenneth P. Silverman, Esq., Chapter 7 trustee of National Events Holdings LLC and its jointly administered debtors (the "Debtors"). We write to confirm that the hearing scheduled on the Trustee's motion to approve settlement with MYW Holdings LLC *et al.* (Main Dkt. 796) will proceed as scheduled on February 9, 2021 at 10:00. Edward LoBello, Esq., special counsel to the Trustee will conduct the hearing.

    All other matters associated with the Debtor's bankruptcy cases and *Silverman v. Nissen, et al.,* (20-1198) will be adjourned to **March 3, 2021 at 10:00.** The Trustee will file an updated status report on or before February 24, 2021.

              Respectfully submitted,

              *s/David J. Mahoney*

              David J. Mahoney

cc:    Counsel to all defendants via ECF in Adv. Pro. No. 20-1198(JLG)

DJM/2421714.1/067493