UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

In re:

NATIONAL EVENTS HOLDINGS, LLC, *et al.*,

Debtors.

Chapter 7
Case No.: 17-11556 (JLG)
(Jointly Administered)

------------------------------------------------------------------------ X

KENNETH P. SILVERMAN, ESQ., THE CHAPTER 7 TRUSTEE OF THE JOINTLY ADMINISTERED ESTATES OF NATIONAL EVENTS HOLDINGS, LLC, *et al.*,

Plaintiff,

-against-

MATTHEW ROOT,

Defendant.

Adv. Proc. No.: 19-01187 (JLG)

------------------------------------------------------------------------X

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this adversary proceeding, that the above captioned adversary proceeding be, and the same hereby is, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as incorporated by Rule 7041 of the Federal Rules of Bankruptcy Procedure, without costs to any party as against the other.

Dated: October 27, 2020

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
*Special Litigation Counsel to the Plaintiff*

By: */s/ Edward J. LoBello*
Edward J. LoBello, Esq.
990 Stewart Avenue
P.O. Box 9194
Garden City, New York 11530-9194
(516) 741-6565

Dated: October 27, 2020

RUSSELL BOGART, ESQ.

By: */s/ Russell Bogart*
Russell Bogart, Esq.
Kagen & Caspersen
757 Third Avenue, 20th Fl.
New York, NY 10017
(212) 880-2045