UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

NATIONAL EVENTS HOLDINGS, LLC, et al.,

                         Debtors.
-----------------------------------------------------------------x
KENNETH P. SILVERMAN, CHAPTER 7 TRUSTEE
OF THE JOINTLY ADMINISTERED ESTATES OF
NATIONAL EVENTS HOLDING, LLC, *et. al.,*

                       Plaintiff,

    -against-

HARTLEY KOSCHITZKY,

                       Defendant.
-----------------------------------------------------------------x

Chapter 7
Case No. 17-11556 (JLG)
(Jointly Administered)

Adv. Pro. No.: 19-01155 (JLG)

## ORDER APPROVING TRUSTEE'S MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR THE ENTRY OF AN ORDER APPROVING THE STIPULATION OF SETTLEMENT BETWEEN THE TRUSTEE AND HARTLEY KOSCHITZKY

Upon the motion dated December 14, 2023 (the "Motion")[1] of Kenneth P. Silverman, Esq., chapter 7 trustee (the "Trustee") of the jointly administered bankruptcy estates of National Events Holdings, LLC; National Events Intermediate, LLC; National Event Company II, LLC; National Event Company III, LLC; and World Events Group II, LLC (collectively, the "LLC Debtors"), National Events of America, Inc.; and New World Events Group, Inc. (collectively, the "Corporate Debtors," and together with the LLC Debtors, the "Debtors"), by his attorneys, Rimon  P.C., seeking entry of an order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 105 of title 11, United States Code (the "Bankruptcy Code"), approving the terms of stipulation of settlement (the "Settlement Agreement") by and between the

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Trustee and Hartley Koschitzky ("<u>Defendant</u>," and together with the Trustee, the "<u>Parties</u>" and each, a "<u>Party</u>"); and upon the Affidavit of Service filed with the Court; and no objections to the Motion or the Settlement Agreement having been filed; and the hearing having been held before the Honorable James L .Garrity, Jr., on January 30, 2024 (the "<u>Hearing</u>"); and upon the record of the Hearing, the contents of which are incorporated by reference herein, and the Court having found that the settlement, as memorialized in the Settlement Agreement, to be fair, reasonable, and in the best interests of the Debtors' estates; and the Court having found that service of the Notice of Hearing, Motion with exhibits and proposed Approval Order is sufficient; and no additional notice being necessary or required; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; now, therefore

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted **to the extent set forth herein. [JLG]**

2.      The Settlement Agreement is approved **to the extent set forth herein. [JLG]**

3.      The Trustee is authorized to take any and all actions reasonably necessary to perform or enforce any and all obligations contemplated by this Order.

4.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
February 3, 2024

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge